AO 247 (Rev. 11/11:CASD 05/15)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| United States of America <br> v. <br> Stefania De Luca (1) <br><br> Date of Original Judgment: 05/26/2023 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 23-cr-0055-JO <br> USM No: 36432-510 <br><br> Lewis Christian Muller <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the unopposed motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __20__ months **is reduced to** __15 months__.

*(Complete Parts I and II when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __05/26/2023__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/30/2024

*Judge's signature*

Effective Date: 02/01/2024
*(if different from order date)*

Honorable Jinsook Ohta, United States District Judge
*Printed name and title*